IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**EMARC PACHECO-CORREA (3),**<br>    **Defendant** | **Criminal No. 07-156 (ADC)** |

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. López on September 5, 2007. (**Docket No. 168**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Emarc Pacheco-Correa** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii), 846 and 860 inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for November 8, 2007 at 4:30 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 21st day of September, 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**